IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SHARITA L. BRANDON                                                          PLAINTIFF

V.                              NO. 4:16CV00795 BRW/PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                       DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Sharita L. Brandon's Complaint (Doc. No. 1) is DISMISSED with prejudice.

DATED this 20th day of October, 2017.


                                            /s/ Billy Roy Wilson _____
                                            UNITED STATES DISTRICT JUDGE