**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**SHARITA L. BRANDON**                                                            **PLAINTIFF**

**V.**                                       **NO. 4:16CV00795 BRW/PSH**

**NANCY A. BERRYHILL,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the

Commissioner.

DATED this 20th day of October, 2017.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE